# EXHIBIT A-2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

Registration Number

**VA 2-167-946**

Effective Date of Registration: May 17, 2019

Registration Decision ► Date: September 05, 2019

## Title

Title of Work: #283 Smokey Grey Cat

## Completion/Publication

Year of Completion: 2015
Date of 1st Publication: January 01, 2015
Nation of 1st Publication: United States

## Author

Author: Douglas Company, Inc
Author Created: sculpture
Work made for hire: Yes
Citizen of: United States

## Copyright Claimant

Copyright Claimant: Douglas-Company, Inc.
69 Krif Road, Box-U, Keene, NH, 03431, United States

## Rights and Permissions

Organization Name: Douglas Company, Inc
Address: 69 Krif Road
Box D
Keene, NH 03431 United States

## Certification

Name: Dawn Paquette
Date: May 17, 2019

