# EXHIBIT D-2

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*beth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts

**VA 1-216-274**

EFFECTIVE DATE OF REGISTRATION

Sep 24 2003

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK** — #2019 SINCLAIR AUSTRALIAN SHEPHERD

**NATURE OF THIS WORK** — PLUSH STUFFED TOY

**PREVIOUS OR ALTERNATIVE TITLES**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.

If published in a periodical or serial give: Volume / Number / Issue Date / On Pages

## 2

**NAME OF AUTHOR** — a. Douglas Company

**DATES OF BIRTH AND DEATH** — Year Born / Year Died

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** — Name of Country: Citizen of / Domiciled in — United States

Was This Author's Contribution to the Work:
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture
☒ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH** — Year Born / Year Died

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** — Citizen of / Domiciled in

Was This Author's Contribution to the Work:
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

## 3

a. **Year in Which Creation of This Work Was Completed** — 2003

b. **Date and Nation of First Publication of This Particular Work** — Complete this information ONLY if this work has been published. Month: January — Day: — Year: 2003 — Nation: USA

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author.

Douglas Company, Inc
69 Krif Road
Keene, NH 03431

**APPLICATION RECEIVED**
SEP 24 2003

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

---

**MORE ON BACK** ► Complete all applicable spaces (numbers 5-9) on the reverse side of this page.

**DO NOT WRITE HERE**

|  |  |
|---|---|
| EitAMINED SY | FORM VA |
| CHECKED BY | |
| CORRESPONDEN Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE TH18 LINE   IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Res regannhaa for than work, or lisp to etcher vacua vides wort 'heady been node m the Copyright Mei

t;) Yes   31 Na   If your answer is Yes. why la eashor regutanan being sought" (Check eisp oprisie   ben }V

a  Wins es the Rest published edabea of a work posies*eagreered ui unpublished ism

b  Q llus a to Hint appheanon ratenetied by this DOD' as cepyngbt rhuinein.

e.  QTtaauacEtogedve oos of the work es shown by pee 6 on the applicants

',yet:rawer is   Yes   we Prevloonlivistesdain Number V        Yesr of Regletratlen V

**DERIVATIVE WORK OR COMPILATION** °mhohoth Num da god 6b lot a dant=wodt =Picts oslYs3 fora = NOM

a  PreerisoagMetaled  Ides* any  petessong seaweed'ilia ths wade la blood ea or iaceepenates 'V

Msteriel Added to Tide Work Owe a hod general stanneere of the outland the hal hem added to due wort and In winch ogremlibt as chimed

**DEPOSIT ACCOUNT** If tba Togolese=the is to bo chesged to a Deposit Meant essbldhed in the Copyright Office give name end umber °Maoist Ramey
Accoemi Ntweber V

W.118WPWWWW.001...   WSWOW

**CORRESPONDENCE** Owe name and iddtess to wtact conespoldeoce about ibis application should be seat   NenelAddreWAPTICW/Stenail

Douglas Company, Inc
Mr  Scott Clarke
69 Krif  Road,  PO  Box D
Keene,  NH  03431

Area code end &Arne tedanbanymcitor 10 1 603 352-34].4         Not no**is  (603) 352-1248

Snail OP

**CERMICATION.** I die undamped tteribp Dotty duit I am the

diode only one 11:
0 other copyright chumant
owner of exclunre right(e)
{ 3nthm. d agent of   **Dougl as  Company, Tug.**
thiar    Mime otairlier oro rieeppepit ones or osier ef ease Datdk)A

Of the work identified tit due appbeaban and that the statements made by ma an dos applmatum are correct to the best of my knowledge

Typed Depended name and date VIE tlus applicanonmesa date of pubheatron in space   do not sign and sublet n before that date

Kimberly Mason                                            Date le  9 -16  07100 3

Patureep4 V

x

| Certificate will be malted In window envelope to this address | mum'  DOUGLAS  COMPANY,  INC MR  SCOTT CLARKE | 401.0  oei |
|---|---|---|
| | NurtatearetvAptv 69 XRIF ROAD, pct Box D | 1. Application form 2. Nonrefundable filing foe in check or money order payable to Register of Copyrights 3. Deposit material  MAIL TO Library of Congress |
| | otwesterzpv' KEENE, NH  03431 | ES ONO Matta E D C 205664 10 00 |

17 Ui  Ireoke) pawn nees  SlItiti ta4Z riginWiatVaicis mane bet  eleap0oratice foe capirgri segamilmi pesididiort MOD4a0 or wi arsmean scamera thangatifteabl
Welebb bleekbahon thud be, enatinottetwa than e2 6113