# EXHIBIT E-2

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

**VA 1-216-269**

EFFECTIVE DATE OF REGISTRATION

**Sep 24 2003**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK:  **#2014 KIRBY TRI-COLOR CORGI**

NATURE OF THIS WORK: **PLUSH STUFFED TOY**

PREVIOUS OR ALTERNATIVE TITLES:

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work:

If published in a periodical or serial give: Volume  Number  Issue Date  On Pages

**2** NAME OF AUTHOR: **THOMAS COMPANY, INC.**

DATES OF BIRTH AND DEATH: Year Born  Year Died

Was this contribution to the work a "work made for hire"? ☒ Yes  ☐ No

Author's Nationality or Domicile: Name of Country: **United States** OR Domiciled in

Was This Author's Contribution to the Work: Anonymous? ☐ Yes  ☒ No   Pseudonymous? ☐ Yes  ☒ No

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

NAME OF AUTHOR:

DATES OF BIRTH AND DEATH: Year Born  Year Died

Was this contribution to the work a "work made for hire"? ☐ Yes  ☐ No

Author's Nationality or Domicile: Name of Country  OR Domiciled in

Was This Author's Contribution to the Work: Anonymous? ☐ Yes  ☐ No  Pseudonymous? ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**3** Year in Which Creation of This Work Was Completed: **2001** ◀ Year

Date and Nation of First Publication of This Particular Work: Month **Oct.**  Day **23**  Year **20(01)**  Nation **USA**

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.

**DOUGLAS COMPANY, INC**
**69 Kri Road**
**Keene, NH  03431**

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page. DO NOT WRITE HERE

|  |  |
|---|---|
| EXAMINED BY | FORM VA |
| CHECKED BY | |
| CORRESPONDENCE Yea | FOR COPYRIWIT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE   IF YOU NEED DORE SPACE USE A SEPARATE CONTRA:ATM SHBEr**

**PREVIOUS REGISITtAllON** the rept:nom tar duo work or hem ads:moon ortka wark, late* been made is Ike OmyrilbtOfficat
☐ Yes ☐ No  Rpm mowers  Yee  why te mother res onation hen eteighte (Check appmprote box )11'
a  erthis a the flan published admen de work promo*mussed la oapubbehed Ban
b  0  Thu II the gut spplicatico sibmitted by dos Labor a copyright demo
c.  0 Thu is a clanged venom of the work, as shown by wpm 6 cia dux application

If your mower le irs gwo Promos Reparation Nturiber r          Year of limbered= V

**5**

**DERIVATIVE WORK** Oft CONIPIIATION Complete both space& sod 6b for *a* &name work comples only *6b* fora compilabos
a Preexisting Matutd Idea* ay pees:sha g woik or wads that this work is baud on ar maaprates

**6** a

b Normal Added to Ilbs Work Gin a beef general stateasaa of the revensi that bas been added to that wink and in which copyright maimed

b

**DEPOSIT ACCOTINT** dus mato= fix u to *be* dinged toe Dquen Accoum esublulud in the Copynght **Me** give name sod=ober of Ammo
Name V                                       Account Numbs/eV

**7** a

**CORRESPONDENCE** Coes memo and address to whtcb conteponduce eke this applmaaon eboidd be sot  Nante/AddiesatAptiCity/Stexam

```
Douglas. Company, Inc
Mr   Scott Clarke
69  Krlf  Road, PO  Box  D
Keene,  NH  03431
```
ma =do euti OnSans bgeOhano ntenher Ito  t 603  352-3414          Fiti MEI** /0  (603) 352-1248
Email Sow

b

**CERTEPICATION•**  I tbe =denoted hereby ter* that l ant the
check only one  { 0 author
                  0 other copyright claimant
                  owner of exchuave nght(s)
                  v at m orm w aspm g  – Douglas Company, Inc

of that work idea:fled in that app.h moon and that the Memento made by me to duo application are correct to the best of tny knowled g e

**8**

Typed imprinted name and datri Y  tins apphcation gives a *date* of publication NI space 3 do not saga and submit befox that date
Kimberly Mason                                          Miter  +kik "49..3

Handwritten signature (X)
x *Kimberly Mason*

Certificate vAH be mailed In window envelope to Ma address

| °1 aw | DOUGLAS COMPANY, INC  MR  SCOTT CLARK |
|---|---|
| ponbadaradaor | 69 KR F RD.AD,  PO Box D |
| City/State/∇P, | KEENE I  NH  03431 |

YOU MUST
Complete all necessary spaces
Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO: Library of Congress

Ear jab Mums E
C 2C618-11000

**9**

-0¹-rire 1  oo my t ry. Wm ErktmomVii Mamie   nigiumirlikes         as rto aprioton for coorefo orgiserzoo    ler by wan 441 cm my Wean mailroom rue   wino ion